UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOSES GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2072** |
| **N. BURL CAIN, WARDEN** | **SECTION "S"(5)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

The petitioner's objection restates his argument that his petition is timely because Martinez v. Ryan, 132 S.Ct. 1309 (2012), recognized a constitutional right requiring states to appoint pre-filing appellate counsel for all inmates following their convictions to assure the timely filing of state and federal habeas corpus petitions. The United States Magistrate Judge explained that Martinez does not recognize such a right, but rather holds "that ineffective assistance of counsel at initial-review collateral proceedings may establish cause for a petitioner's procedure default of a claim of ineffective assistance at trial," and the holding "does not encompass, much less excuse, the untimely filing of a federal *habeas* petition." Doc. #19. Therefore, Green's objection is OVERRULED. Accordingly,

**IT IS ORDERED** that the petition of Moses Green for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 25th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE